USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/14/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CHINA EDUCATION ALLIANCE, INC.,

                        Plaintiff,

         -against-

SHERB & CO., LLP,

                       Defendant.
-------------------------------------------------------------- X

Index No.:
13-CV-4381(RA)(RLE)

**STIPULATION OF
SUBSTITUTION OF
<u>COUNSEL</u>**

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that Wilson Elser Moskowitz Edelman & Dicker LLP, with offices located at 150 E. 42nd Street, New York, New York 10017 be substituted for Frankfurt Kurnit Klein & Selz PC, with offices located at 488 Madison Avenue, New York, New York 10022, as attorneys for defendant Sherb & Co., LLP in the above-captioned action.

Dated: New York, New York
       August 14, 2013

FRANKFURT, KURNIT KLEIN & SELZ, P.C.

By: _____
     Amelia K. Brankov
488 Madison Avenue, 10th Floor
New York, New York 10022
Tel.: (212) 980-0120
Fax: (212) 593-9175
Email: abrankov@fkks.com
*Outgoing Attorney for Defendant
Sherb & Co., LLP*

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

By: _____
     Thomas A. Leghorn
150 E. 42nd Street
New York, New York 10017
Tel.: (212) 915-5234
Fax: (212) 490-3038
Email: thomas.leghorn@wilsonelser.com
*Incoming Attorney for Defendant
Sherb & Co., LLP*

SO ORDERED:

_____
8/14/13