IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHINA EDUCATION ALLIANCE, INC.,<br><br>              Plaintiff,<br><br>-against-<br><br>SHERB & CO., LLP,<br><br>              Defendant. | Civil Action No.<br>1:13-CV-4381-RA<br><br>**NOTICE OF MOTION**<br><br>JUDGE: Ronnie Abrams |

      **PLEASE TAKE NOTICE** that upon this notice of motion, the Declaration of Thomas A. Leghorn, dated August 15, 2012, with exhibits, and the accompanying supporting memorandum of law, and upon the pleadings and proceedings had herein, the undersigned will move this Court on a date to be set by the Court or as soon thereafter as counsel can be heard, before the Hon. Ronnie Abrams at the United States Courthouse for the Southern District, 40 Foley Square, Courtroom 1506, New York, New York 11201, for an order, compelling arbitration of this matter pursuant to the FAA and 9 U.S.C. § 2 and, pursuant to Fed. R. Civ. P. 12(b)(1) and (6), dismissing each and every cause of action set forth within Plaintiff's Complaint together with such other and further relief as this Court deems just and proper.

Dated:  New York, NY
            August 15, 2013

                                          Respectfully submitted,

                         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                         By:    */s/ Thomas A. Leghorn*
                                Thomas A. Leghorn (TL-6244)
                                Anastasios P. Tonorezos (AT-8709)
                                Jeffrey J. Cunningham (JC-0726)
                                150 E. 42nd Street
                                New York, NY  10017
                                Tel:    (212) 915-5234
                                Fax:   (212) 490-3038
                                Email: Thomas.Leghorn@WilsonElser.com
                                Attorneys for SHERB & CO., LLP

5678681v.1

TO:    SICHENZIA ROSS FRIEDMAN FERENCE LLP
       61 Broadway
       32nd Floor
       New York, NY 10006
       (212) 930-9700
       Attn: Sameer Rastogi, Esq.
       Christopher Pisacane, Esq.

5678681v.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 15, 2013, a true and correct copy of NOTICE OF MOTION was filed electronically with the Court using the CM/ECF system, which sent notification to the following parties:

SICHENZIA ROSS FRIEDMAN FERENCE LLP
61 Broadway 32nd Floor
New York, NY 10006
(212) 930-9700
Attn: Sameer Rastogi, Esq.
Christopher Pisacane, Esq.

*/s/ Thomas A. Leghorn*
Thomas A. Leghorn

5678681v.1