IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHINA EDUCATION ALLIANCE, INC., <br><br> Plaintiff, <br><br> -against- <br><br> SHERB & CO., LLP, <br><br> Defendant. | Civil Action No. <br> 1:13-CV-4381-RA <br><br> **NOTICE OF APPEARANCE** <br><br> JUDGE: Ronnie Abrams |

TO:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants SHERB & CO., LLP.

Dated: August 15, 2013
       New York, New York

                                       Respectfully submitted,

            WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

            By: _____
                 Anastasios P. Tonorezos (AT-8709)
                 150 E. 42nd Street
                 New York, NY  10017
                 Tel:   (212) 915-5234
                 Fax:   (212) 490-3038
                 Attorneys for SHERB & CO., LLP

TO:   SICHENZIA ROSS FRIEDMAN FERENCE LLP
      61 Broadway
      32nd Floor
      New York, NY 10006
      (212) 930-9700
      Attn: Sameer Rastogi, Esq.
      Christopher Pisacane, Esq.

5682521v.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 15, 2013, a true and correct copy of NOTICE OF APPEARANCE was filed electronically with the Court using the CM/ECF system, which sent notification to the following parties:

SICHENZIA ROSS FRIEDMAN FERENCE LLP
61 Broadway
32nd Floor
New York, NY 10006
(212) 930-9700
Attn: Sameer Rastogi, Esq.
Christopher Pisacane, Esq.

_____
Anastasios P. Tonorezos

5682521v.1